1010659-A

September 8, 2015

Edward Johnson
Polunsky Unit #1422929
3872 FM 350 South
Livingston, Tx. 77351

RECEIVED IN
COURT OF CRIMINAL APPEALS
SEP 10 2015
Abel Acosta, Clerk

Court of Criminal Appeals
State of Texas
P.O. Box 12308, Capital Station
Austin Tx. 78711

RE: Cause No. AP-76,379

Dear Honorable Clerk,

Please bear with me while I explain my dilemma. My family had hired an attorney to work my post-conviction appeal and collateral attack remedies; however, the guy (I am assuming) subsequently dropped my case as me, nor my family, have heard anything from him in quite some time, giving no forewarning nor explanation as to why he could not or would not proceed forward as he had been retained to do in my behalf.

The last action I recall being ordered in my case was a Court of Criminal Appeals (Mandate)— to the Court of Appeals for the First Supreme Judicial District —— in response to an application for Writ of Habeas Corpus (CCRA No. AP-76,379), wherein the opinion of said court was "that the

(1)

relief Prayed For (in Habeas Corpus Writ) should be Granted, and it was Ordered, Adjudged, and Decreed that an out-of-time Petition For Discretionary Review is Granted, and that the Decision (of the court) be certified For Observance." Said mandate was executed on the 22nd day of February 2010. Honorable Sharon Keller was the Presiding Judge.

Now I sit here with no understanding of the law, nor am I knowledgeable of what Post-Conviction remedies are still (Yet) available to me, iF any. My Previous appeal attorney was suppose to complete an out-of-time Petition For Discretionary Review in My behalf, however, I never received a copy of such From him substantiating that he had Filed said (PDR)... Nor did he contact my Family informing them of the same. I/We have not received any contact From him since the execution of Sharon Keller's mandate (2-22-10).

My Previous appeal attorney was very deficient and deficient in Performance regarding compliance with the Court of Criminal Appeals mandate. My concern here at this Point is two-Fold: 1) What is the status of My case with the Court of Criminal Appeals (Cause No. AP-76,279 )? (i.e. What is the last action ordered or determined by the court of Criminal Appeals)?;

(2)

2) How might I obtain a copy of the court's docket (i.e. docket sheet) outlining everything that has been filed with the clerk (CCRA) in the afore-named cause (No. AP-76,279)?

Please return to me a prompt/complete response to all inquiries and requests within this letter to you. Thank You and God Bless.

I declare under the penalty of perjury that the foregoing content is true/correct to the best of my knowledge.

Executed on this the 8 day of September 2015.

Current Address:

Edward Johnson
Polunsky Unit #1422929
3872 FM 350 South
Livingston, Tx. 77351

C/C File:
EJ

(3)